UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSIE OPPENHEIM, as Personal
Representative of the Estate of Danny
Oppenheim, Deceased,

      Plaintiff/Counter-Defendant,

v.                                                   Case No. 11-11543

MEDICAL PROTECTIVE COMPANY,

      Defendants/Counter-Plaintiff.
_____/

**PRELIMINARY SCHEDULING ORDER**

On May 5, 2011, the court held a scheduling conference, during which the parties indicated they may resolve all disputes regarding material issues of fact without substantial discovery. In such event, the court will set a briefing schedule for motions for judgment as a matter of law as agreed at the scheduling conference. Accordingly,

IT IS ORDERED that the parties file a joint report concisely stating whether there remain any disputes regarding material facts by **June 10, 2011.** In the event the parties cannot agree on a stipulated set of facts, the parties should submit a proposed schedule for discovery, specifically listing unresolved factual disputes.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 6, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 6, 2011, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522