# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SUSIE OPPENHEIM, as Personal
Representative of the Estate of Danny
Oppenheim, Deceased,

      Plaintiff/Counter-Defendant,

v.                                         Case No. 11-11543

MEDICAL PROTECTIVE COMPANY,

      Defendant/Counter-Plaintiff.
                                                                                     /

## ORDER STAYING SCHEDULE FOR MOTIONS FOR JUDGMENT
## AND SETTING TELEPHONIC STATUS CONFERENCE

On June 21, 2011, the court issued an order setting a schedule for motions for judgment by the parties. On July 15, 2011, the court extended the dates upon stipulation of the parties. The parties having subsequently notified the court that they intend to pursue efforts to reach a mutually agreeable resolution to this matter, the court will stay the briefing schedule. The court will also set a telephonic status conference for October 3, 2011, at 2:30 p.m. If efforts to resolve this case prove successful, the parties are directed to notify the court as soon as practicable. Accordingly,

IT IS ORDERED that all pending deadlines in the above-captioned matter are STAYED to permit the parties time to seek a mutually agreeable resolution. The parties are DIRECTED to inform the court of any resolution or termination of such efforts.

IT IS FURTHER ORDERED that counsel for the parties are DIRECTED to attend a telephonic status conference on **October 3, 2011, at 2:30 p.m.** The court will initiate the call.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: August 17, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 17, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522