UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SUSIE OPPENHEIM, as Personal Representative
of the Estate of Danny Oppenheim, Deceased,

      Plaintiff/Counter-Defendant,

v.

                                          Case No. 11-11543

MEDICAL PROTECTIVE COMPANY,

      Defendant/Counter-Plaintiff.

_____/

## ORDER OF DISMISSAL

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter, the terms of which are clear but are to be memorialized.  Further court involvement or case management is unnecessary.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right a party to move by **January 2, 2012**, to vacate this order and reinstate the case.  After **January 2, 2012**, this dismissal is with prejudice.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  November 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 4, 2011, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522